

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00557-CR

Shamar Jerrell **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6088
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the Order of Deferred Adjudication of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings.

SIGNED July 8, 2015.

_Karen Angelini_
Karen Angelini, Justice